IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00924-RPM

KERI J. MCALLISTER,

    Plaintiff,

vs.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion for Dismissal with Prejudice [12] filed June 17, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DATED: June 18th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge